FILED

2020 May-04 PM 01:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTICT OF ALABAMA NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PHILIP DWIGHT SISK, JR., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.: |
| v. | § § | 5:20-cv-00620-HNJ |
| SERGII FEDOROVYCH; VGV SERVICES INC.; MAKS EXPRESS INC.; GIG LOGISTICS INC. NATIONWIDE GENERAL INSURANCE COMPANY; VASSILI GRICHAEV; IGOR MAKOTA; DENYS MUZYKA; BOBBY KING; ET AL., | § § § § § § § § § | |
| Defendants. | § | |

## DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4 of the Northern District of Alabama, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Nationwide General Insurance Company in the above-captioned action certifies that the general nature and purpose of the foregoing entity is to provide insurance product and services.

1

Counsel also certifies as follows: (a) Nationwide General Insurance Company is not a publicly-held corporation or other publicy-held entity; (b) Nationwide General Insurance Company has one parent corporation: Nationwide Mutual Insurance Company; (c) No publicly-held corporation or other publicly-held entity owns 10% or more of the stock  in Nationwide General Insurance Company; and (d) No publicly-held corporation or other publicly-held entity has a direct financial interest in the outcome of this litigation.

ATTORNEYS FOR NATIONWIDE

 /s/ Travis I. Keith
Travis I. Keith (ASB-1942-S75K)

**OF COUNSEL:**
**GAINES GAULT HENDRIX, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, Alabama 35243
(205) 402-4800
tkeith@ggh-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic mail, CM/ECF and/or U.S. Mail, postage prepaid, upon the following counsel of record:

**Joe A. King, Jr.**
**Morris, King & Hodge, P.C.**
**200 Pratt Ave.**
**Huntsville, Alabama 35801**
**(256) 536-0588**
**JKing@mkhlawyers.com**

**Sergii Fedorovych**
**17620 Atlantic Blvd., Apt. 409**
**Sunny Isles Beach, Florida 33160**

**VGV Services Inc.**
**c/o J Expedious Envoy**
**3043 Hunters Run**
**Gardendale, Alabama 35071**

**Maks Express Inc.**
**c/o Igor Makota**
**1285 Earl Ave.**
**Des Plaines, Illinois 60018**

**Gig Logistics Inc.**
**c/o J Expedious Envoy**
**3043 Hunters Run**
**Gardendale, Alabama 35071**

**Vassili Grichaev**
**4015 Atlantic Ave., Apt. 1A2**
**Brooklyn, New York 11224**

**Igor Makota**
**1285 Earl Ave.**
**Des Plaines, Illinois 60018**

**Denys Muzyka**
**821 N. Indiana St., Apt. 2**
**Elmhurst, Illinois 60126**

This the 4th day of May, 2020.

**/s/ Travis I. Keith**
**OF COUNSEL**