FILED

2020 Jul-21  PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Philip Dwight Sisk, Jr., | } | |
| Plaintiff(s) | } | |
| v. | } | Case Number: 5:20-cv-620-HNJ |
| | } | |
| Sergii Fedorovych, et al, | } | |
| Defendant(s) | } | |

## ENTRY OF DEFAULT

Upon verified application of counsel for the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, VGV Services, Inc., was duly served and that the defendant, VGV Services, Inc., has  failed to answer or otherwise plead to the complaint;

It is ADJUDGED that the defendant, VGV Services, Inc., is in default and that the plaintiff, Philip Dwight Sisk, Jr., have and recover of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

DONE on July 21, 2020.

SHARON HARRIS, CLERK

By: *Brittany Game*

Deputy Clerk