FILED

2020 Aug-21  PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PHILIP DWIGHT SISK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO:   5:20-cv-00620-HNJ |
| SERGII FEDOROVYCH; VGV | ) | |
| SERVICES, INC.; MAKS | ) | |
| EXPRESS INC.; GIG LOGISTICS | ) | |
| INC.; NATIONWIDE GENERAL | ) | |
| INSURANCE COMPANY; | ) | |
| VASSILI GRICHAEV; IGOR | ) | |
| MAKOTA; DENYS MUZYKA; | ) | |
| BOBBY KING; et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for VGV Services, Inc. in the above-captioned action certify that the general nature and purpose of the foregoing entity or entities is to provide freight shipping and transportation services.

Counsel also certifies that VGV Services, Inc. is not publicly traded.

*/s/ David W. Henderson*
David W. Henderson (ASB-4048-D57H)
Counsel for Defendant VGV Services, Inc.

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO
   COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, AL 36101
(334) 834-7600 - Telephone
(334) 263-5969 - Fax
dwhenderson@hillhillcarter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 21st day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joe Alton King, Jr
MORRIS KING & HODGE PC
200 Pratt Avenue NE
Huntsville, AL 35801

Travis Ian Keith
GAINES GAULT HENDRIX PC
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

And have served a copy of the foregoing by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid upon the following:

Sergii Fedorovych
17620 Atlantic Blvd., Apt. 409
Sunny Isles Beach, Florida 33160

Maks Express Inc.
c/o Igor Makota
1285 Earl Ave.
Des Plaines, Illinois 60018

Gig Logistics Inc.
c/o J Expedious Envoy
3043 Hunters Run
Gardendale, Alabama 35071

Vassili Grichaev
4015 Atlantic Ave., Apt. 1A2
Brooklyn, New York 11224

2

Igor Makota
1285 Earl Ave.
Des Plaines, Illinois 60018

Denys Muzyka
821 N. Indiana St., Apt. 2
Elmhurst, Illinois 60126

Bobby King
Unknown Address

*/s/ David W. Henderson*
OF COUNSEL