**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **PHILIP DWIGHT SISK, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case Number: 5:20-CV-00620-LCB** |
| | ) | |
| **SERGII FEDOROVYCH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER TO SECOND AMENDED COMPLAINT

**COME NOW**, the Defendants, Amazing Rides, LLC and Dmitriy Chebanenko, and in Answer to the Second Amended Complaint and filed by the plaintiff states as follows:

1.   The defendants plead insufficiency of service of process.

2.   The defendants are without sufficient information to admit or deny paragraphs 1 through 5 of the Second Amended Complaint and, therefore, demand strict proof of same.

3.   The defendants admit paragraph 6 of the Second Amended Complaint.

4.   The defendants are without sufficient information to admit or deny paragraph 7 through 11 of the Second Amended Complaint and, therefore, demand strict proof of same.

5.   The defendants admit paragraph 12 of the Second Amended Complaint.

6.   The defendants are without sufficient information to admit or deny paragraphs 13 and 14 of the Second Amended Complaint and, therefore, demand strict proof of same.

7.     The defendants aver that paragraphs 15 and 16 of the Second Amended Complaint address fictitious parties and requires no response from them.

8.     The defendants are without sufficient information to admit or deny paragraphs 17 and 18 of the Second Amended Complaint and, therefore, demand strict proof of same.

9.     The defendants deny paragraphs 19 and 20 of the Second Amended Complaint and, therefore, demand strict proof of same.

10.     The defendants are without sufficient information to admit or deny paragraphs 21 through 33 of the Second Amended Complaint and, therefore, demand strict proof of same.

11.     The defendants deny paragraphs 34 through 38 of the Second Amended Complaint, and, therefore, demand strict proof of same.

12.     The defendants re-assert and re-aver their responses to paragraphs 1 through 38 of the Second Amended Complaint in response to paragraph 39 of the Second Amended Complaint as if specifically set out herein.

13.     To the extent that paragraph 40 of the Second Amended Complaint allege a cause of action against these defendants same is denied and strict proof demanded.

14.     The defendants are without sufficient information to admit or deny paragraphs 41 and 42 of the Second Amended Complaint and, therefore, demand strict proof of same.

15.     To the extent that paragraphs 43 and 44 of the Second Amended Complaint allege causes of action against these defendants same is denied and strict proof demanded.

16.     The defendants re-assert and re-aver their responses to paragraphs 1 through 44 of the Second Amended Complaint in response to paragraph 45 of the Second Amended Complaint as if specifically set out herein.

17.     To the extent that paragraphs 46 and 47 of the Second Amended Complaint allege causes of action against these defendants same is denied and strict proof demanded.

18.     The defendants re-assert and re-aver their responses to paragraphs 1 through 47 of the Second Amended Complaint in response to paragraph 48 of the Second Amended Complaint as if specifically set out herein.

19.     To the extent that paragraphs 49 through 51 of the Second Amended Complaint allege causes of action against these defendants same is denied and strict proof demanded.

20.     The defendants re-assert and re-aver their responses to paragraphs 1 through 51 of the Second Amended Complaint in response to paragraph 52 of the Second Amended Complaint as if specifically set out herein.

21.     The defendants aver that paragraphs 53 through 57 of the Second Amended Complaint do not allege a cause of action against them and, therefore, requires no response from them.

22.     The defendants re-assert and re-aver their responses to paragraphs 1 through 57 of the Second Amended Complaint in response to paragraph 58 of the Second Amended Complaint as if specifically set out herein.

23.     The defendants aver that paragraph 59 of the Second Amended Complaint allege a cause of action against fictitious parties and, therefore, requires no response from them.

24.     The defendants aver that the Second Amended Complaint fails to state a cause of action upon which relief can be granted as a matter of law.

25.     The defendants plead not guilty.

26.     Insofar as the Complaint alleges a cause of action for punitive damages, the defendants aver that punitive damages are unconstitutional as to the Constitution of the United States and the Constitution of the State of Alabama.

20.     The defendants plead the applicable Statute of Limitations.

21.     The defendants reserve their right to assert additional defenses, including affirmative, at a later date.

22.     The defendants demand a trial by struck jury.


                        s/Paul A. Miller
                        PAUL A. MILLER (MIL011)
                        s/Garrett C. Miller
                        GARRETT C. MILLER (MIL171)
                        Attorneys for Defendants
                        MILLER, CHRISTIE & KINNEY, P.C.
                        500 Office Park Drive, Suite 210
                        Birmingham, Alabama 35223
                        Telephone: (205) 326-0000
                        pmiller@mck-law.com
                        gmiller@mck-law.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing upon the below counsel by U.S. Mail and/or E-Filing on this the 3rd day of March, 2021:

cc:  Joe A. King, Esq.
    Joseph D. Aiello, Esq.
    200 Pratt Avenue NE
    Huntsville, AL 35801

    Travis I. Keith, Esq.
    361 Summit Blvd.
    Suite 200
    Birmingham, AL 32543

    David W. Henderson, Esq.
    Paul A. Clark, Esq.
    PO Box 116
    Montgomery, AL 36101

    William L. Middelton, Esq.
    Nicholas B. Roth, Esq.
    PO Box 1607
    Decatur, AL 35602

    William A. Austill, Esq.
    Conley W. Knott, Esq.
    Brennan C. Ohme, Esq.
    600 Century Park South
    Suite 100
    Birmingham, AL 35226

    W. Christopher Waller, Jr., Esq.
    445 Dexter Avenue
    Suite 9045
    Montgomery, AL 36104

            s/Paul A. Miller
            Of Counsel