# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**PHILIP DWIGHT SISK, JR.,**

    **Plaintiff,**

**v.**

**SERGII FEDOROVYCH; VGV SERVICES, INC.; MAKS EXPRESS INC.; GIG LOGISTICS INC.; NATIONWIDE GENERAL INSURANCE COMPANY; VASSILI GRICHAEV; IGOR MAKOTA; DENYS MUZYKA; BOBBY KING;** *et al.,*

    **Defendants.**

**Civil Action File No.:**

**5:20-cv-00620-LCB**

## PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that the following discovery documents have been filed on behalf of Plaintiff Phillip Sisk, Jr.

(x) Plaintiff Phillip Sisk, Jr. Rule 26 Expert Disclosures.

.

    Respectfully submitted,

    /s/ Joe A. King, Jr.
    Joe A. King, Jr. (ASB-5784-043K)
    *Attorneys for Plaintiff*

    /s/ Joseph D. Aiello
    Joseph D. Aiello (ASB-5017-S75A)
    *Attorneys for Plaintiff*

OF COUNSEL:
MORRIS, KING & HODGE, P.C.
200 Pratt Avenue, N.E.
Huntsville, Alabama  35801
Telephone:  (256) 536-0588
Fax:  (256) 533-1504
jking@mkhlawyers.com
jaiello@mkhlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed and served the foregoing via upon the following counsel of record by electronically filing by the CM/ECF system and by email on this the 19th day of May, 2021, addressed as follows:

Travis I. Keith
**GAINES GAULT HENDRIX, P.C.**
361 Summit Boulevard
Suite 200
Birmingham, Alabama 35243
tkeith@ggh-law.com
*Attorney for Defendant*
*Nationwide General Insurance Company*

David W. Henderson
Paul A. Clark
**HILL, HILL, CARTER, FRANCO**
**COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, AL 36101
dwhenderson@hillhillcarter.com
pclark@hillhillcarter.com
*Attorney for Defendant VGV Services, Inc.*

William L. Middleton
Nicholas B Roth
**EYSTER, KEY, TUBB, ROTH**
**MIDDLETON & ADAMS, LLP**
Post Office Box 1607

Decatur, Alabama 35602
wlmiddleton@eysterkeylaw.com
nbroth@eysterkeylaw.com
*Attorneys for Defendants Sergii Fedorovych,
Maks Express, Inc. and Igor Makota*

William A. Austill
Conley W Knott
Brennan C Ohme
**AUSTILL LEWIS PIPKIN& MADDOX, P.C.**
600 Century Park South
Suite 100
Birmingham, AL 35226
baustill@maplaw.com
c-knott@maplaw.com
bohme@maplaw.com
*Attorney for Defendants Denys Muzyka and
GIG Logistics, Inc.*

W Christopher Waller, Jr
**BALL BALL MATTHEWS & NOVAK PA**
445 Dexter Avenue Suite 9045
Montgomery, AL 36104
cwaller@ball-ball.com
*Attorney for Defendant Sergii Fedorovych*

Paul A. Miller
**MILLER, CHRISTIE & KINNEY, PC**
500 Office Park Drive, Suite 210
Birmingham, AL 35223
pmiller@mck-law.com
*Attorney for Amazing Rides LLC*

/s/ Joe A. King, Jr.
Joe A. King, Jr.