# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **Philip Dwight Sisk, Jr.,**<br><br>**Plaintiff(s),**<br><br>v.<br><br>**GIG Logistics, Inc., Sergii Fedorovych, VGV Services, Inc., Maks Express, Inc., Nationwide General Insurance Company, Vassili Grichaevm, Igor Makota, Denys Muzyka, Bobby King, Amadey, LLC, et al.,**<br><br>**Defendant(s).** | **Civil Action No.**<br>**5:20-cv-00620-HNJ** |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

COMES NOW, the Defendant, GIG Logistics, Inc., by and through the undersigned counsel, and files this Notice of Service of the following discovery documents:

**X**   Expert Disclosure

Respectfully submitted this the 16th day of August, 2021

                                                                 Respectfully submitted,

                                                                 /s/ Conley w. Knott
                                                                 Conley W. Knott
                                                                 Bar Number: KNO012

OF COUNSEL:
Austill Lewis Pipkin & Maddox, P.C.
600 Century Park South, Ste. 100
Birmingham, AL  35226

Sisk, Jr., Philip Dwight v. GIG Logistics, Inc. et al
Civil Action No.: 5:20-cv-00620-HNJ
Notice of Filing Discovery

(205) 870-3767
c-knott@maplaw.com

# CERTIFICATE OF SERVICE

I hereby certify that, on the 16th day of August, 2021, I have served a copy of the above and foregoing on counsel for all parties by:

_____	Facsimile transmission to the following;

_____	Hand delivery to the following;

_____	Placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid to the following:

X	Using the Electronic Filing system which will send notification of such to the following:

Paul Miller
pmiller@mck-law.com
Miller, Christie, & Kinney, PC
2090 Columbiana Road, Suite 3400
Vestavia Hills, AL  35216
Phone: (205)-326-0000
Attorneys for Amazing Rides, LLC

William L. Middleton, Esq., III
wlmiddleton@eysterkeylaw.com
Eyster, Key, Tubb, Waver & Roth, LLP
402 Moulton St E.
Decatur, AL  35602
Phone: (256)-353-6761
Attorneys for Igor Makota

William L. Middleton
wlmiddleton@eysterkeylaw.com
Eyster, Key, Tubb, Roth, Middleton & Adams, LLP
P. O. Box 1607
Decatur, AL  35602
Attorneys for Maks Express, Inc.

Sisk, Jr., Philip Dwight v. GIG Logistics, Inc. et al
Civil Action No.: 5:20-cv-00620-HNJ
Notice of Filing Discovery

Travis I. Keith
tkeith@ggh-law.com
Gaines Gault Hendrix, P.C.
361 Summit Boulevard, Suite 200
Birmingham, AL  35243
Phone: (205)-980-5888
Attorneys for Nationwide General Insurance Company

Joe King
jking@mkhlawyers.com
Morris King & Hodge, PC
200 Pratt Avenue NE
Huntsville, AL  35801
Phone: (256)-536-0588
Attorneys for Phillip Dwight Sisk, Jr.

Joseph D. Aiello
jaiello@mkhlawyers.com
Morris, King & Hodge, P.C.
200 Pratt Avenue NE
Huntsville, AL  35801
Phone: (256)-536-0588
Attorneys for Phillip Dwight Sisk, Jr.

David W. Henderson
dwhenderson@hillhillcarter.com
Hill, Hill, Carter,Franco Cole & Black, P.C.
Post Office Box 116
Montgomery, AL  36101
Attorneys for VGV Services, Inc.

                                        /s/ Conley W. Knott
                                        OF COUNSEL